UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: Skinner, et al. v. Omega Entertainment, LLC, et al.
No. 22-cv-1813-PJM

DATE: January 11, 2024

\* \* \*

The Court is in receipt of Plaintiffs' Motion for Default Judgment (ECF No. 17). In their Motion, Plaintiffs request $110,000 in compensatory damages in the aggregate, broken out into individual amounts set forth in the accompanying expert declaration (ECF No. 17-1).

The Court is prepared to enter individual default judgments in favor of the named Plaintiffs, but before doing so, the Court notes that in addition to compensatory damages, the Complaint (ECF No. 1) prays for an award of attorney's fees and costs. Accordingly, if indeed Plaintiffs seek attorney's fees and costs, the Court **ORDERS** Plaintiffs to file a petition for reasonable attorney's fees and costs within the next ten (10) days. The petition should specify the basis for seeking the fees and include an accounting, supported by affidavit, of the time spent by counsel on this case, in accordance with the Court's Local Rule 109.2.

Finally, the Court observes that Plaintiffs have moved for Default Judgment as to only one of the two Defendants, though neither Defendant has participated in the case. A brief explanation would be helpful.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/ Peter J. Messitte
Peter J. Messitte
United States District Judge

CC: Court file